# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD FISHER, )
)
          Plaintiff, )
)
          v. ) Civil Action No. 09-1910 (RJL)
)
ISAAC FULWOOD, JR. *et al.*, )
)
          Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion and in the

Memorandum Opinion of March 27, 2011, it is

**ORDERED** that Defendants' Motion to Dismiss [Doc. # 35] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge

DATE: March ___, 2012